UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| CRAIG YATES, | No. C 12-04381 MEJ |
| Plaintiff(s), | **ORDER RE: STATUS** |
| v. | |
| BISTRO SF GRILL, | |
| Defendant(s). | |

As there has been no docket activity in this case for over four months, the Court ORDERS Plaintiff Craig Yates to file a status report by March 21, 2013.

**IT IS SO ORDERED.**

Dated: March 7, 2013

_____
Maria-Elena James
United States Magistrate Judge